REQUEST FOR APPOINTMENT
OF ATTORNEY FOR
3582 (c)(2) SENTENCE REVIEW

Defendant:	Amer Stanley

Cause number:	4:04cr88-1

Sentencing Judge:	Brown

Previous Counsel:	Dick Wheelan

Division:	Sherman

FPD/CJA requested	Wayne R. Dickey

Respectfully Submitted,

Date:  01/17/24	/s/ Wayne R. Dickey
	Wayne R. Dickey
	Assistant Federal Public Defender