UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:04-CR-88-SDJ |
| § | |
| AMER STANLEY § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Amer Stanley's Pro Se Motion Requesting the 'Status' of His Appointed Counsel in Reference to His Motion for a Compassionate Release Pursuant U.S.S.G. Amendment #814 and 18 U.S.C. & 3582(c)(1)(A). (Dkt. #115). In that motion, Amer Stanley requests that the Court "order the federal Public Defender's Office to enter its appearance on the record immediately due to this Court's order as to the FRP appointment on January 26, 2024." (Dkt. #115 at 2). But that appointment was related to Defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2), (Dkt. #114), not for a compassionate-release motion under Section 3582(c)(1). Indeed, Defendant has no pending motion for compassionate release.

It is therefore **ORDERED** that Defendant's Pro Se Motion Requesting the 'Status' of His Appointed Counsel in Reference to His Motion for a Compassionate Release Pursuant U.S.S.G. Amendment #814 and 18 U.S.C. & 3582(c)(1)(A), (Dkt. #115), is **DENIED as moot**.

So ORDERED and SIGNED this 18th day of December, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE